```
1  JAMES R. HOMOLA #60244
   Attorney at Law
2  2950 Mariposa, Suite 250
   Fresno, California 93721
3  Telephone: (559) 441-7111
   FAX: (559) 441-7115
4
   Attorney for Defendant
5  ROBERT DODSON Jr.

6

7                 IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA
                             * * * * *
9
   UNITED STATES OF AMERICA    |    Case No. 10 CR 176 OWW
10                             |
           Plaintiff,          |
11     vs                      |    NOTICE OF WAIVER OF
                               |    PERSONAL APPEARANCE AND ORDER
12 ROBERT DODSON Jr.,          |
                               |
13         Defendant.          |
   _____/
14
        Defendant ROBERT DODSON hereby waives his right to be present
15
   in open court upon the hearing of any motion or other proceeding
16
   in this cause, including, but not limited to, when the case is
17
   ordered set for trial, when a continuance is granted, and when any
18
   other action is taken by the Court before or after trial, except
19
   upon arraignment, plea, impanelment of jury and imposition of
20
   sentence.
```

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

Defendant requests the Court to proceed during every absence of his which the Court may permit, pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, James R. Homola, as if Defendant was personally present; and further agrees to be present in person, in court, for trial any day and time the Court may direct.

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (18 U.S.C. §§ 3161-3174), and authorizes her attorney to set times and approve delays under the Act without the Defendant's physical presence.

Dated: March 14, 2010

/s/ ROBERT DODSON Jr.
ROBERT DODSON Jr.

Dated: March 14, 2010

/s/ James R. Homola
James R. Homola
Attorney for Defendant

IT IS SO ORDERED.

Dated:   May 19, 2010        /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111