```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for
ROBERT D. DODSON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-CR-00176-AWI |
| Plaintiff, | STIPULATION & ORDER FOR RETURN OF PROPERTY |
| vs. | |
| ROBERT D. DODSON, | |
| Defendant. | |

THE Defendant, ROBERT D. DODSON, through his attorney, James R. Homola, and the Plaitiff United States of America, through its attorney, Elena S. Landau, hereby stipulate that the property identified below, three firearms seized from the DODSON home at 133 West Mariposa, Ridgecrest, California, in April, 2010, by the

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

Naval Criminal Investigtive Service during its investigation of this case, shall be released to Robbie Gockley, whose residential address is 1321 Mayo, Ridgecrest, California, 93555 [telephone number (760) 608 3073].  It is the express mutual understanding of the government and the Defendant, ROBERT DODSON, that he will not possess, and will have absolutely no contact with these firearms.

The property is identified in NCIS evidence custody documents (control number 05Jan10-SWCK-0002-7NNA) as:

(1)   "one .22 rifle, no make or model"

(2)   "one Colt Detective Special"

(3)   "one .357 Taurus handgun serial number JG330695"

DATED: April 5, 2012


/s/ Elana S. Laundau          /s/ James R. Homola
ELANA S. LAUNDAU              JAMES R. HOMOLA
Assistant U.S.S Attorney      Attorney for Defendant
Attorney for Plaintiff        ROBERT D. DODSON

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

<u>ORDER</u>

**IT IS HEREBY ORDERED** that the Naval Criminal Invbestigative Service (NCIS) shall release the property identified in the stipulation above to Robbie Gockley, resident at 1321 Mayo, Ridgecrest, California, 93555.  Defendant Robert D. Dodson is not to possess, or to have any contact with these firearms.

IT IS SO ORDERED.

Dated:     April 6, 2012                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
    Suite 250
Fresno, CA 93721
(559) 441-7111