UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBERT DAVIS DODSON, Jr.<br><br>Defendant | CASE NO. 1:10-CR-0176 AWI-2<br><br>ORDER FOR SERVICE UPON THE PROBATION DEPARTMENT AND ORDER FOR RESPONSE FROM THE UNITED STATES |

On July 21, 2016, Defendant Robert Dodson, Jr. ("Dodson") filed a motion for modification of conditions of release. The Court finds that it is appropriate for the United States to file a response, and for Dodson to be given the opportunity to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States shall file a response to Defendant's motion no later than August 24, 2016;
2. Defendant may file a reply to the United States' response no later than September 7, 2016; and
3. The Clerk shall serve a copy of this order and a copy of Defendant's motion (Doc. No. 119) on the United States Probation Office for the Eastern District of California, attention to Probation Officer J.C. Hill.

IT IS SO ORDERED.

Dated:   August 5, 2016                                                   _____
                                                                                          SENIOR  DISTRICT  JUDGE